Lauren Mayfield Foley 271404
Cero Balance, Inc.
1321 Post Ave, Suite 201
Torrance, CA 90501
Telephone: (310)851-8072
Facsimile: (310)851-8078
lauren@cerobalance.com

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:18-bk-16092 VZ |
| IRMA LUCRECIA BRAN | Chapter 13 |
| Debtor. | Adv. No.: |
| | Judge Vincent Zurzolo |
| IRMA LUCRECIA BRAN, | |
| Plaintiff, | COMPLAINT FOR DETERMINATION THAT STUDENT LOAN DEBT IS DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(a)(8) |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION; NAVIENT SOLUTIONS, LLC; AIDVANTAGE | [11 U.S.C. § 523(a)(8), 15 U.S.C. § 1601, 15 U.S.C. § 1692 and Federal Rules of Bankruptcy Procedure Rule 7001] |
| Defendant. | |

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; ROD DANIELSON, CHAPTER 13 TRUSTEE; UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:

I. **PLAINTIFF'S COMPLAINT**

COMPLAINT - 1

1. Plaintiff Irma Lucrecia Bran files this Complaint seeking an order determining that the student loan debt poses an undue hardship under 11 U.S.C. § 727.

## II. PARTIES

2. Plaintiff Irma Lucrecia Bran is a citizen of the State of California, residing in the Central District of California.

3. Defendant United States Department of Education ("Department of Education") is a Defendant in a governmental entity that issued, insured or guaranteed the subject loans.

4. Defendant Navient Solutions, LLC ("Navient") is a limited liability corporation doing business in California with a mailing address of Navient Solutions, LLC on behalf of Department of Education Loan Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 as listed in the proof of claim filed in the Debtor's chapter 13 bankruptcy (Proof of Claim No. 16-1 filed on August 7, 2018) and can be served at 100 Shockoe Slip Fl 2, Richmond, VA 23219-4100. Navient is a creditor and a party in interest in Plaintiff's chapter 13 bankruptcy as the servicer of the Debtor's federal student loans.

5. Defendant Aidvantage, LLC ("Aidvantage") is a limited liability corporation doing business in California with a principal place of business in Virginia at 1891 Metro Center Dr., Reston, VA 902190 and can be served at 100 Shockoe Slip Floor 2, Richmond, VA 923219-4100. Aidvantage is the current loan servicer for the loans previously serviced by Navient and which are insured and guaranteed by the Department of Education. However, to date, the Proof of Claim for the Navient loans (Proof of Claim No. 16-1) has not been transferred to Aidvantage, and for that reason, both Navient and Aidvantage are named as defendants in this Complaint.

## III. JURISDICTION AND VENUE

Case 2:23-ap-01191-VZ    Doc 1    Filed 06/14/23    Entered 06/14/23 14:27:27    Desc
Main Document    Page 3 of 5

6. This Adversary is brough under Plaintiff's chapter 13 bankruptcy filed on May 25, 2018 and with case number 2:18-bk-16092 VZ.

7. Venue is proper pursuant to 28 U.S.C. § 1409(a) by virtue of the Debtor's chapter 13 bankruptcy case (2:18-bk-16092 VZ) pending before the United States Bankruptcy Court in and for the Central District of California.

## IV.    FACTUAL BACKGROUND

8. Plaintiff is informed and believes thereon alleges that the defendants Department of Education, Navient and Aidvantage (hereinafter collectively referred to as the "Defendants") made, hold, own, were assigned and/or are servicing loans received by Plaintiff.

9. Plaintiff obtained federal parent PLUS loans for her children Carlos Bran Jr., Marisa Bran and Lucrecia Bran from approximately September 2011 through August 2017.

10. Plaintiff borrowed approximately $35,642.00 so that Marisa Bran could attend Mount Saint Mary's University between September 2011 and September 2015. Ms. Marisa Bran graduated in 2018 with a bachelor's degree in the Science of Social Work. Ms. Marisa Bran works as a driver for DoorDash and is not working in her field of study.

11. Plaintiff borrowed approximately $25,223.00 so that Carlos Bran Jr. could attend Sonoma State University from August 2013 and August 2017. Mr. Carlos Bran Jr. graduated in 2018 with a bachelor's degree in the Science of Biology. Mr. Carlos Bran Jr. works as an ophthalmology health technician and is working in his field of study.

12. Plaintiff borrowed approximately $8,217.00 so that Lucrecia Bran could attend Whitman College in September 2014 to pursue a bachelor's degree in International Studies. Ms. Lucrecia Bran did not graduate because she could not continue with school at the time.

13. Plaintiff is a housewife and has been unemployed for more than 5 of the last 10 years. The only income that Plaintiff receives is the income from her spouse's employment as a truck driver.

14. Plaintiff's spouse's net income as a truck driver was approximately $19,000.00 for the year 2022.

15. Plaintiff's spouse's net income has increased to approximately $3,500.00 per month. In addition, Plaintiff and her spouse receive approximately $750.00 in contributions or support from their adult daughters that live in Plaintiff's household. Nevertheless, even with the contribution and the increase in Plaintiff's spouse's net income, Plaintiff and her spouse filed a chapter 13 bankruptcy because they were unable to pay their debts in addition to their living expenses.

16. Plaintiff's household expenses are well below the IRS standards in every category and on the aggregate of the total expenses. It would be unconscionable for this Court to require Plaintiff to reduce her monthly expenses further than she has already reduced them. Plaintiff's expenses do not include any frivolous expenses.

17. Plaintiff's student loans entered repayment in January 2012. Plaintiff's current minimum payments for her all student loans combined is $932.00 per month.

18. At that repayment plan, Plaintiff cannot afford to repay the student loans without significantly reducing her living expenses which are already below IRS standards. Plaintiff cannot maintain a minimum standard of living if required to repay the student loans to Defendants, even with the help from her adult children.

///

///

///

## V.    CLAIM FOR RELIEF

### FIRST CLAIM FOR RELIEF

(Determination that Student Loan Debt Imposes an Undue Hardship and is Therefore Dischargeable Pursuant to 11 U.S.C. § 523(a)(8))

19.    Plaintiff refers to paragraphs 1 through 18 of this Complaint and incorporates them as though set forth in full herein.

20.    Plaintiff believes that her financial situation will continue to pose significant hardship for her and her husband.

21.    Plaintiff has not been working outside the house for more than the last five years and her husband's income is just enough to sustain a reasonable standard of living.

22.    Plaintiff and her husband filed a chapter 13 bankruptcy due to their financial hardship.

23.    Forced repayment of her student loans would impose an undue hardship on Plaintiff and her husband.

### PRAYER

WHEREFORE, Plaintiff Irma Lucrecia Bran prays for judgment against United States Department of Education, Navient Solutions, LLC, and Aidvantage, LLC as follows:

1.    For a determination that the student loan debts are dischargeable pursuant to 11 U.S.C. § 523(a)(8);

2.    For such other and further relief as the Court may deem just and proper.

Dated: June 13, 2023

Respectfully submitted by:

_____
Lauren M. Foley, Esq.
Attorney for Plaintiff Irma Lucrecia Bran

COMPLAINT - 5